## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 3:21-cr-54 |
| Plaintiff, | : | INDICTMENT |
| v. | : | 18 U.S.C. § 922(g)(1) |
| | : | 18 U.S.C. § 924(a)(2) |
| WILLIAM I. RENNER a/k/a WILLIAM I. RENNER, III, | : | FORFEITURE |
| Defendant. | : | |

THOMAS M. ROSE

**The Grand Jury charges:**

### COUNT ONE

**[18 U.S.C. §§ 922(g)(1) and 924(a)(2)]**

On or about February 7, 2021, in the Southern District of Ohio, defendant **WILLIAM I. RENNER a/k/a WILLIAM I. RENNER, III**, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, to wit, a Smith & Wesson SW40VE, 40 caliber pistol bearing serial number DTD1082, and the firearm was in and affecting commerce.

**In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).**

### FORFEITURE ALLEGATION

Upon conviction of the offense set forth in Count One of this Indictment, defendant **WILLIAM I. RENNER a/k/a WILLIAM I. RENNER, III**, shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), any firearms and ammunition involved in or used in such violation, including but not limited to, a Smith & Wesson SW40VE, 40 caliber

pistol bearing serial number DTD1082 and five (5) rounds of 40 caliber ammunition.

A TRUE BILL

/S/ SIGNED
Foreperson

VIPAL J. PATEL
Acting United States Attorney

AMY M. SMITH
Assistant United States Attorney